# United States Bankruptcy Court
**Eastern District of Virginia**
Alexandria Division
200 South Washington Street
Alexandria, VA 22314

**Case Number**   20−10452−KHK

**In re:**                                                                                                   **Chapter**   11

Alice Elizabeth Pittman
aka Alice Keyes Pittman
8110 Georgetown Pike
Mc Lean, VA 22102

**SSN:**  xxx−xx−3443          **EIN:**  NA


## NOTICE OF RESCHEDULED MEETING OF CREDITORS

**NOTICE IS HEREBY GIVEN** that the meeting of creditors in the above referenced case has been rescheduled to April 23, 2020, at 01:00 PM, and will be held as a telephonic 341 creditors meeting. For dial−in contact information see trustees address below. For updates, see www.vaeb.uscourts.gov.

(If appropriate) **NOTICE IS FURTHER GIVEN** that the United States Trustee has appointed the following as substitute interim trustee of the estate of the above−named debtor(s):

Substitute Interim Trustee:


**NOTICE IS FURTHER GIVEN** that all deadlines that run from the date of the original date of the Section 341 meeting will instead run from the date of the continued Section 341 meeting.

Dated:   April 13, 2020                                                          For the Court,

                                                                                                          William C. Redden, Clerk
(VAN030COVIDvMarch2020.jsp)                                              United States Bankruptcy Court

United States Bankruptcy Court
Eastern District of Virginia

In re:  
Alice Elizabeth Pittman  
    Debtor

Case No. 20-10452-KHK  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0422-9     User: ryanmj     Page 1 of 1     Date Rcvd: Apr 13, 2020  
Form ID: VAN030CV     Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2020.
```
db           +Alice Elizabeth Pittman,    8110 Georgetown Pike,    Mc Lean, VA 22102-1415
15250118     +Gary Pittman,    8110 Georgetown Pike,    Mc Lean, VA 22102-1415
15250120     +Truman 2016 SC6 Title Trust,    Rushmore Loan Management,    PO Box 52708,
               Irvine, CA 92619-2708
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
15250119        E-mail/Text: specialhandling@glasserlaw.com Apr 14 2020 04:51:23      Glasser & Glasser,
                580 E Main St Ste 600,    Norfolk, VA 23510-2322
                                                                                             TOTAL: 1

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              U.S. Bank, National Association as Legal Title Tru
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2020                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2020 at the address(es) listed below:
```
              Daniel Kevin Eisenhauer    on behalf of Creditor    U.S. Bank, National Association as Legal Title
               Trustee for Truman 2016 SC6 Title Trust ANHSOrlans@InfoEx.com,   ecfaccount@orlans.com
              Daniel M. Press    on behalf of Debtor Alice Elizabeth Pittman dpress@chung-press.com,
               pressdm@gmail.com
              Jack Frankel    on behalf of U.S. Trustee John P. Fitzgerald, III jack.i.frankel@usdoj.gov,
               USTPRegion04.ax.ecf@usdoj.gov;paula.f.blades@usdoj.gov
              John P. Fitzgerald, III    ustpregion04.ax.ecf@usdoj.gov
                                                                                             TOTAL: 4
```