IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

IN RE:  Alice Elizabeth Pittman                               Chapter 11

UNITED STATES TRUSTEE'S NOTICE THAT MEETING OF CREDITORS
WILL BE CONDUCTED TELEPHONICALLY

NOTICE IS HEREBY GIVEN that the Section 341 Meetings of Creditors originally scheduled as in person meetings in the cases on the attached list will be conducted telephonically.  The Debtor(s), Counsel for Debtor(s) (if any), Creditors and Parties in Interest, please take note of the important information below for the case(s) applicable to you and mark your calendars accordingly.

Date and Time of Section 341 Meeting of Creditors:
Date: **April 23, 2020**
Time: **11:00 AM**
Location: **Attend by Telephone Conference: (877) 465-7076.  Participant Code: 7191296#**

**NOTICE is further given that the failure of a Debtor(s) to appear at the Debtor(s)' meeting of creditors may result in the dismissal of the Debtor(s)' case.**

Dated: April 13, 2020

                                                JOHN P. FITZERALD, III
                                                ACTING U. S. TRUSTEE, REGION FOUR

                                                By: /s/ Jack I. Frankel
                                                Jack I. Frankel
                                                Trial Attorney
                                                Office of the United States Trustee
                                                1725 Duke Street, Suite 650
                                                Alexandria, VA  22314
                                                jack.i.frankel@usdoj.gov

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                Case No. 20-10452-KHK
Alice Elizabeth Pittman                                               Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0422-9           User: glennj              Page 1 of 1              Date Rcvd: Apr 16, 2020
                               Form ID: pdfntca         Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2020.
db            +Alice Elizabeth Pittman,   8110 Georgetown Pike,   Mc Lean, VA 22102-1415
15250118      +Gary Pittman,   8110 Georgetown Pike,   Mc Lean, VA 22102-1415
15250120      +Truman 2016 SC6 Title Trust,   Rushmore Loan Management,   PO Box 52708,
               Irvine, CA 92619-2708

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15250119       E-mail/Text: specialhandling@glasserlaw.com Apr 17 2020 05:28:38    Glasser & Glasser,
               580 E Main St Ste 600,   Norfolk, VA 23510-2322
                                                                                            TOTAL: 1

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             U.S. Bank, National Association as Legal Title Tru
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2020 at the address(es) listed below:
          Daniel Kevin Eisenhauer    on behalf of Creditor    U.S. Bank, National Association as Legal Title
           Trustee for Truman 2016 SC6 Title Trust ANHSOrlans@InfoEx.com,   ecfaccount@orlans.com
          Daniel M. Press    on behalf of Debtor Alice Elizabeth Pittman dpress@chung-press.com,
           pressdm@gmail.com
          Jack Frankel     on behalf of U.S. Trustee John P. Fitzgerald, III jack.i.frankel@usdoj.gov,
           USTPRegion04.ax.ecf@usdoj.gov;paula.f.blades@usdoj.gov
          John P. Fitzgerald, III    ustpregion04.ax.ecf@usdoj.gov
                                                                                             TOTAL: 4